UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY L. SIMMONS,

    Plaintiff,

                                        Case No. 1:11-cv-756

v.

                                        HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

    Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  July 3, 2012                                      /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             Chief United States District